IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. PRATT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PLANT OPERATIONS - MAINTENANCE DEPARTMENT, et al.,<br><br>　　　　Defendants. | No. C 12-5934 LHK (PR)<br><br>ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO FILE AN AMENDED COMPLAINT<br><br><br><br>(Docket No. 8.) |

　　　　Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against the prison officials at Salinas Valley State Prison ("SVSP"). On March 15, 2013, the Court issued an order of dismissal with leave to amend. (Doc. No. 7.) Plaintiff was directed to file an amended complaint within thirty days. Plaintiff has filed a motion for an enlargement of time to file an amended complaint. (Doc. No. 8.)

　　　　Plaintiff's motion is **GRANTED**. Plaintiff shall file an amended complaint **no later than thirty (30) days** from the filing date of this order.

　　　　This order terminates docket number 8.

　　　　IT IS SO ORDERED.

DATED:　4/19/13

　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

Order Granting Motion for an Enlargement of Time to File an Amended Complaint
G:\PRO-SE\SJ.LHK\CR.12\Pratt934eot-ac.wpd