IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. PRATT, | No. C 12-5934 LHK (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| PLANT OPERATIONS, et al., | |
| Defendants. | |

On November 20, 2012, plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  On March 15, 2013, the court dismissed plaintiff's complaint with leave to amend, and directed plaintiff to file an amended complaint within thirty days.  Plaintiff then filed two motions for an extension of time in which to file his amended complaint.  The court granted both motions, and, on June 4, 2013, the court ordered plaintiff to file an amended complaint within sixty days.  To date, plaintiff has not filed an amended complaint or otherwise communicated with the court.

Thus, the instant action is DISMISSED without prejudice.  The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: 8/22/13

LUCY H. KOH
United States District Judge

Order of Dismissal
G:\PRO-SE\LHK\CR.12\Pratt934dis.wpd