IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. PRATT, ) | No. C 12-5934 LHK (PR) |
| Plaintiff, ) | JUDGMENT |
| vs. ) | |
| PLANT OPERATIONS, et al., ) | |
| Defendants. ) | |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/22/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

G:\PRO-SE\LHK\CR.12\Pratt934jud.wpd